ANNA M. SMALL, Appellant, *v.* CARL RUHMSHOTTEL et al., Copartners Doing Business as RUHMSHOTTEL FARMS, et al., Respondents. CARL RUHMSHOTTEL, Third-Party Plaintiff, *v.* AUGUST ROLL, Third-Party Defendant.

Argued May 24, 1954; decided July 14, 1954.

*Bernard Meyerson, Julius Schwartz* and *Louis M. Bornstein* for appellant.

*Alexander Gangel* and *Jerome Scharoff* for Carl Ruhmshottel, respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEWIS, Ch. J., DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ. Taking no part: CONWAY, J.